**June HURLEY, Plaintiff,**

v.

**KLM ROYAL DUTCH AIRLINES, and Does I–XX, inclusive, Defendants.**

**No. CV 82–6258–RMT(Kx).**

United States District Court,
C.D. California,
Civil Division.

Feb. 15, 1985.

William J. McCracken, Mark S. Cornwall, Santa Barbara, Cal., for plaintiff.

---

**39.** Nielsen did not oppose the motion.

**40.** Di Salvo filed a Statement of No Opposition to the motion.

**1250**

Condon & Forsyth, Los Angeles, Cal., for defendants.

## ORDER

TAKASUGI, District Judge.

IT IS HEREBY ORDERED that this Court's Order of April 11, 1983, reported as *Hurley v. KLM Royal Dutch Airlines*, 562 F.Supp. 260 (C.D.Cal.1983), be vacated.